

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00730-CV

**IN RE AMERICAN BOARD OF ORAL & MAXILLOFACIAL RADIOLOGY INC.**, Dr. Marcel Noujeim, Dr. Edwin Parks, Dr. Jie Yang, Dr. Angela Broome, Dr. William Scarfe, and Dr. Vandana Kumar

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
                  Lori I. Valenzuela, Justice
                  H. Todd McCray, Justice

Delivered and Filed: November 19, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On November 13, 2025, relators filed a petition for writ of mandamus and an emergency motion for temporary relief, seeking a temporary stay of four noticed depositions. After considering the mandamus petition and record, the court concludes relators are not entitled to the relief sought.

Accordingly, relators' petition for writ of mandamus is DENIED and their motion for emergency relief is DENIED as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2023CI09003, styled *T.A., E.B. & A.D. v. American Board of Oral & Maxillofacial Radiology Inc. and Dr. Marcel Noujeim, Dr. Edwin Parks, Dr. Jie Yang, Dr. Angela Broome, Dr. William Scarfe, Dr. Vandana Kumar*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.